**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1507**

JEFFREY COHEN, Sole Shareholder of RB Entertainment Ventures, LLC,

        Plaintiff - Appellant,

    v.

GREGG S. BEALUK; JEFFREY MICELLI; MICHAEL J. JOHNSON; JOHN TINSLEY; SEAN WRIGHT; MICHAEL ABRAM; PAVEL OLIVA,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge. (1:15-cv-00470-ELH)

Submitted: November 24, 2015      Decided: December 4, 2015

Before WILKINSON and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeffrey Cohen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Cohen appeals the district court's orders requiring him to supplement his complaint and dismissing his civil action for noncompliance with that order. A plaintiff's failure to comply with a court order may warrant involuntary dismissal. Fed. R. Civ. P. 41(b). We review the dismissal of a complaint under Rule 41(b) for abuse of discretion. Ballard v. Carlson, 882 F.2d 93, 95-96 (4th Cir. 1989); see Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978) (discussing relevant factors to consider in exercising discretion). We have reviewed the record and find no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. Cohen v. Bealuk, No. 1:15-cv-00470-ELH (D. Md. filed Mar. 13, 2015 & entered Mar. 16, 2015; filed & entered Apr. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2